HANSON BRIDGETT LLP
MIKE D. MOYE - 152871
mmoye@hansonbridgett.com
MARK C. GABEL - 253729
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
CITY OF MILLBRAE

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ROSENBLATT, | No. C11-01891 EMC |
| Plaintiff, | **STIPULATION EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING** |
| v. | ORDER |
| CITY OF MILLBRAE, and DOES 1 - 50, inclusive, | |
| Defendant. | |

    Defendant CITY OF MILLBRAE ("Defendant"), through its attorneys of record, Hanson Bridgett LLP, and Plaintiff REBECCA ROSENBLATT ("Plaintiff"), through her attorneys of record, Lackie, Dammeier & McGill, hereby stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint to July 5, 2011. The extension does not alter the date for any hearing set by the Court. This Stipulation is made pursuant to Rule 6-1(a) of the United States District Court for the Northern District of California.

    IT IS SO STIPULATED.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 14, 2011 | LACKIE, DAMMEIER & MCGILL, APC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHAEL A. MCGILL<br>DALE G. NOWICKI |
| 5 | | RUSSELL M. PERRY<br>Attorneys for Plaintiff Rebecca Rosenblatt |
| 6 | | |
| 7 | Dated: June 15, 2011 | HANSON BRIDGETT LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | M. D. MOYE<br>MARK C. GABEL |
| 11 | | Attorneys for Defendant CITY OF MILLBRAE |

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*