HANSON BRIDGETT LLP
MIKE D. MOYE - 152871
mmoye@hansonbridgett.com
MARK C. GABEL - 253729
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
CITY OF MILLBRAE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ROSENBLATT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MILLBRAE, and DOES 1 - 50, inclusive,<br><br>Defendant. | No. C11-01891 EMC<br><br>**SUPPLEMENTAL STIPULATION EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING** |

Defendant CITY OF MILLBRAE ("Defendant"), through its attorneys of record, Hanson Bridgett LLP, and Plaintiff REBECCA ROSENBLATT ("Plaintiff"), through her attorneys of record, Lackie, Dammeier & McGill, hereby stipulate and agree to further extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint to July 19, 2011. The extension does not alter the date for any hearing set by the Court. This Stipulation is made pursuant to Rule 6-1(a) of the United States District Court for the Northern District of California.

IT IS SO STIPULATED.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: June 30, 2011 | LACKIE, DAMMEIER & MCGILL, APC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHAEL A. MCGILL |
| 5 | | DALE G. NOWICKI<br>Attorneys for Plaintiff Rebecca Rosenblatt |
| 6 | Dated: June 30, 2011 | HANSON BRIDGETT LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | M. D. MOYE |
| 10 | | MARK C. GABEL<br>Attorneys for Defendant CITY OF MILLBRAE |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

**IT IS SO ORDERED**
Judge Edward M. Chen

- 2 -

SUPPLEMENTAL STIPULATION EXTENDING TIME TO FILE
RESPONSIVE PLEADING (C11-01891-EMC)

3085170.1