HANSON BRIDGETT LLP
MIKE D. MOYE - 152871
mmoye@hansonbridgett.com
MARK C. GABEL - 253729
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
CITY OF MILLBRAE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ROSENBLATT, | No. C11-01891 EMC |
| Plaintiff, | **STIPULATION AND P~~ROPOSE~~D ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF MILLBRAE, and DOES 1 - 50, inclusive, | |
| Defendant. | |

Pursuant to a Clerk's Notice dated July 15, 2011, an Initial Case Management Conference in Case No. C11-01891 EMC was re-set for August 1, 2011. However, conflicts exist on that date for lead counsel for Defendant, who will be appearing at the Conference on its behalf. The parties have therefore met and conferred regarding the date of the Conference, and Plaintiff's counsel has agreed to continue it to a later date.

Accordingly, Defendant CITY OF MILLBRAE, through its attorneys of record, Hanson Bridgett LLP, and Plaintiff REBECCA ROSENBLATT, through her attorneys of record, Lackie, Dammeier and McGill, APC, hereby stipulate and agree to continue the Initial Case Management Conference in Case No. C11-01891 EMC, currently set for August 1, 2011 at 1:30 p.m., until August 19, 2011 at 9:00 a.m., or such other date and

1  time that this Court may set for the Conference.  The parties respectfully request the
2  Court grant this continuance.
3       Pursuant to the Court's April 20, 2011 Order Setting Initial Case Management
4  Conference, the parties stipulate and agree to file their Joint Case Management
5  Statement and complete any other activities and filings required to be completed before
6  the Initial Conference by seven days in advance of the continued Conference.
7       This stipulation is made pursuant to Local Rules 6-1 and 6-2 of the United States
8  District Court for the Northern District of California, and is based upon this stipulation and
9  proposed order, the attached Declaration of Mark Gabel, and any other matters that the
10 Court may wish to consider.
11      IT IS SO STIPULATED.
12
13 DATED: July 21, 2011                    LACKIE, DAMMEIER & MCGILL, APC
14
15                                         By:   /s/ Dale Nowicki_____ _____
16                                             MICHAEL A. MCGILL
                                               DALE G. NOWICKI
                                               RUSSELL M. PERRY
17                                             Attorneys for Plaintiff Rebecca
                                               Rosenblatt
18
19 DATED: July 21, 2011                    HANSON BRIDGETT LLP
20
21                                         By:   /s/  Mark C. Gabel
                                               M. D. MOYE
22                                             MARK C. GABEL
                                               Attorneys for Defendant
23                                             CITY OF MILLBRAE
24
25
26
27
28

1 **[PROPOSED] ORDER**

Pursuant to the Stipulation above, the Initial Case Management Conference previously scheduled for August 1, 2011 at 1:30 p.m. is hereby continued to August 19, 2011 at 9:00 a.m.  The Parties will file their Joint Case Management Statement in advance of the continued Conference on or before August 12, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/25/11

By: _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen* (seal: United States District Court, Northern District of California)