1  HANSON BRIDGETT LLP
   MIKE D. MOYE - 152871
2  mmoye@hansonbridgett.com
   425 Market Street, 26th Floor
3  San Francisco, CA  94105
   Telephone:   (415) 777-3200
4  Facsimile:   (415) 541-9366

5  Attorneys for Defendant
   CITY OF MILLBRAE
6

7

8           **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | REBECCA ROSENBLATT, | No. C11-01891 EMC |
   |---|---|
12 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
13 | v. | |
14 | CITY OF MILLBRAE, and DOES 1 - 50, inclusive, | |
15 | | |
16 | Defendant. | |

17

18         Plaintiff REBECCA ROSENBLATT (hereinafter "Plaintiff"), through her

19 attorneys of record, Lackie, Dammeier & McGill, APC and Defendant CITY OF

20 MILLBRAE (hereinafter "Defendant"), through its attorneys of record, Hanson Bridgett

21 LLP, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and

22 agree to dismiss the above-referenced matter in its entirety and with prejudice.  The

23 matter has been settled.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

- 1 -

1  IT IS SO STIPULATED.

2

3  DATED: November 30, 2011          LACKIE, DAMMEIER & MCGILL, APC

4

5                                    By:   /s/ Dale Nowicki
                                      MICHAEL A. MCGILL
6                                     DALE G. NOWICKI
                                      RUSSELL M. PERRY
7                                     Attorneys for Plaintiff
                                      REBECCA ROSENBLATT
8

9  DATED: November 30, 2011          HANSON BRIDGETT LLP

10

11                                   By:   /s/ M. D. Moye
                                      M. D. MOYE
12                                    Attorneys for Defendant
                                      CITY OF MILLBRAE
13

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: ___11/30_____, 2011     _____

IT IS SO ORDERED
Judge Edward M. Chen

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER
PURSUANT TO FRCP 41(a)(1)(A)(ii) (C11-01891-EMC)