| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | MIKE D. MOYE - 152871 |
| 2 | mmoye@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 3 | San Francisco, CA  94105 |
| | Telephone:   (415) 777-3200 |
| 4 | Facsimile:    (415) 541-9366 |
| 5 | Attorneys for Defendant |
| | CITY OF MILLBRAE |
| 6 | |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REBECCA ROSENBLATT, | | No. C11-01891 EMC |
| | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | | |
| CITY OF MILLBRAE, and DOES 1 - 50, inclusive, | | |
| | Defendant. | |

      Plaintiff REBECCA ROSENBLATT (hereinafter "Plaintiff"), through her attorneys of record, Lackie, Dammeier & McGill, APC and Defendant CITY OF MILLBRAE (hereinafter "Defendant"), through its attorneys of record, Hanson Bridgett LLP, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss the above-referenced matter in its entirety and with prejudice.  The matter has been settled.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER
PURSUANT TO FRCP 41(a)(1)(A)(ii) (C11-01891-EMC)

IT IS SO STIPULATED.

DATED:  November 30, 2011                    LACKIE, DAMMEIER & MCGILL, APC


                                             By:   /s/ Dale Nowicki
                                                  MICHAEL A. MCGILL
                                                  DALE G. NOWICKI
                                                  RUSSELL M. PERRY
                                                  Attorneys for Plaintiff
                                                  REBECCA ROSENBLATT

DATED:  November 30, 2011                    HANSON BRIDGETT LLP


                                             By:   /s/  M. D. Moye
                                                  M. D. MOYE
                                                  Attorneys for Defendant
                                                  CITY OF MILLBRAE


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:   11/30          , 2011        _____
                                        IT IS SO ORDERED
                                        Judge Edward M. Chen

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER
PURSUANT TO FRCP 41(a)(1)(A)(ii) (C11-01891-EMC)